LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Michael Lowe, and Eric Cline*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY ANN NESKE, individually and as heir and as Special Administrator for THE ESTATE OF JAMES NESKE, <br><br> Plaintiff, <br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. <br><br> Defendants. | Case No.: 2:21-cv-01315-RFB-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF <u>DEFENDANT ERIC CLINE ONLY</u> WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, Eric Cline ("Cline") and Plaintiff, Kimberly Ann Neske, individually and as heir and Special Administrator for The Estate of James Neske ("Plaintiff"), by and through their respective counsel, that Plaintiff's claims against Cline are hereby dismissed with prejudice, with each party to bear their

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20230123 SAO to Dismiss Cline.docx  6943.252

Page 1 of 2

own attorney's fees and costs as to the claims against Cline only.

DATED this 31st day of January, 2023.

| LAW OFFICES OF KEVIN R. HANSEN | KAEMPFER CROWELL |
|---|---|
| */s/ Kevin R. Hansen* | */s/ Lyssa S. Anderson* |
| KEVIN R. HANSEN | LYSSA S. ANDERSON |
| Nevada Bar No. 6336 | Nevada Bar No. 5781 |
| AMY M. WILSON | RYAN W. DANIELS |
| Nevada Bar No. 13421 | Nevada Bar No. 13094 |
| AMANDA A. HARMON | 1980 Festival Plaza Drive, Suite 650 |
| Nevada Bar No. 15930 | Las Vegas, Nevada  89135 |
| 2625 S. Rainbow Blvd., Ste. C-106 | |
| Las Vegas, NV  89146 | **Attorneys for Defendants,** |
| | **Las Vegas Metropolitan Police Department,** |
| **Attorneys for Plaintiff,** | **Michael Lowe, and Eric Cline** |
| **Kimberly Ann Neske** | |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 2nd day of February, 2023.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

20230123 SAO to Dismiss Cline.docx   6943.252

Page 2 of 2